IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BONNIE HULING, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:10-CV-64 (CDL) |
| DANE COLLINS, | * |
| Respondent. | * |

ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on August 31, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections, entitled "Appeal," filed by the Petitioner have been considered and are found to be without merit. The Court notes that Petitioner has still failed to specify the available grounds for relief and the facts supporting each such ground as required by Rule 2(c) of the Rules Governing Section 2254 Cases. Recognizing that Petitioner is pro se, the Court has attempted to liberally construe Petitioner's pleadings and discern their meaning, but they are so deficient that this cannot be done. Accordingly, Petitioner's petition is dismissed without prejudice for failure to comply with Rule 2(c) of the Rules Governing Section 2254 Cases and Rule 8 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 29th day of September, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE